**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Donald Runnels
Richland Detention Center DOC No. 187611
456 Hwy 15
Rayville LA 71269

## REHEARING ACTION: April 8, 2015

**Docket Number: 14   01058-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Marc T. Amy**
   **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donald Runnels** has this day been

   **DENIED.**

cc: Herbert Todd Nesom, Counsel for  the Respondent